**WO** MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dale Maisano,　　　　　　　　　　　　)　　No. CV 07-2502-PHX-SMM (GEE)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)　　**ORDER**
vs.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Helen Bedinger, et al.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

　　　　　Plaintiff Dale Maisano, who is confined in the Arizona State Prison Complex-Yuma in Yuma, Arizona, has so often and egregiously abused the legal process in the past that on August 11, 1992, the Court entered an Order and Restraining Order enjoining him from filing any civil action in this or any other federal court without first obtaining leave of the court. See August 11, 1992 Order in Maisano v. Lewis, CV 92-1026-PHX-SMM (MS).

　　　　　Pursuant to the Restraining Order, to obtain leave to file, Plaintiff must file an "Application Pursuant to Court Order Seeking Leave to File" accompanied by an affidavit certifying: (1) that the claim or claims presented are new and have never been raised and disposed of on the merits by any federal court; and (2) that to the best of his knowledge the claim or claims presented are not frivolous or taken in bad faith. Additionally, any application seeking leave to file must be accompanied by a copy of the August 11, 1992 Order and Restraining Order in Maisano v. Lewis, CV 92-1026-PHX-SMM (MS).[1]

---

[1] The Court notes that Plaintiff appealed the final judgment in CV 92-1026-PHX-SMM (MS) to the Ninth Circuit Court of Appeals. On March 17, 1993, the Court lodged a certified copy of the Ninth Circuit's mandate dismissing the appeal.

Moreover, "the failure to comply strictly with the terms of the [Restraining Order] shall be sufficient grounds to deny leave to file."

On December 7, 2007, Plaintiff filed an "Application Pursuant to Court Order Seeking Leave to File" (Doc. #1). Plaintiff has attached a copy of the Restraining Order; certified that, to the best of his knowledge, the claims presented are not frivolous or taken in bad faith; and certified that the "claim or claims presented are new and have never been raised and disposed of on the merits by any federal court; <u>for this Prison term</u>." (Emphasis added).

The statement "for this Prison term," does not strictly comply with the terms of the Restraining Order and suggests that the claims in the lodged Complaint and lodged First Amended Complaint have been raised and disposed of on the merits during Plaintiff's prior prison term—the one that resulted in the Restraining Order. Plaintiff, therefore, has failed to strictly comply with the Court-mandated pre-filing requirements. Accordingly, Plaintiff's Application will be denied and this action will be dismissed without prejudice for Plaintiff's failure to strictly comply with the Court's prior Order and Restraining Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application Pursuant to Court Order Seeking Leave to File (Doc. #1) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court must enter judgment accordingly and close this case.

DATED this 29th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge