**WO** MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dale Maisano,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Helen Bedinger, et al.,<br><br>　　　　Defendants. | No. CV 07-2502-PHX-SMM (GEE)<br><br>**ORDER** |

On August 11, 2008, Plaintiff Dale Maisano, who is confined in the Arizona State Prison Complex-Tucson in Tucson, Arizona, filed a document entitled "Statement of Claim, Exhibits/Legal Mail" (Doc. 6). In the document, Plaintiff seeks to have certain items "copied VIA the Courts and sent as requested."

In a March 3, 2008 Order (Doc. 4), the Court denied Plaintiff's Application Pursuant to Court Order Seeking Leave to File and directed the Clerk of Court to enter judgment and close this case. That same day, the Clerk of Court entered Judgment (Doc. 5). This case is closed. Plaintiff's Statement of Claim, to the extent it seeks action by this Court, is therefore denied. Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's "Statement of Claim, Exhibits/Legal Mail" (Doc. 6), to the extent it seeks action by this Court**.** This case must remain **CLOSED**.

DATED this 25th day of August, 2008.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge